MCGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
FEB 14 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING SEARCH WARRANTS AND COMPLAINTS AT 2:17-SW-0600, 2:17-SW-0891, 2:17-SW-0976, 2:18-SW-0068, 2:18-SW-0080, 2:18-SW-0084, 2:18-SW-104; 2:18-MJ-0030 | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon applicaton of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the redacted versions of the affidavits and the complaint in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 2-14-2018

_____
The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS